# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**In re:**

| | |
|---|---|
| **DENNIS ABRAHAM BURNS** | |
| **JAIME ALLISON DEITZ,** | **CHAPTER 13** |
| **DEBTORS.** | **CASE NO. 18-50128** |

## JOINT STIPULATION

COME NOW, Dennis Abraham Burns and Jaime Allison Deitz, the Debtors, by counsel, George L. Lemon, and Federal National Mortgage Association ("Fannie Mae"), by counsel, D. Carol Sasser and the law firm of Samuel I. White, P.C., and stipulate that the Proposed Plan filed on June 21, 2018, is hereby amended to reflect pre-petition arrearages in the amount of $17,990.76, and an ongoing monthly payment in the amount of $1,165.29, with the post petition payment amount being subject to fluctuation. This Stipulation resolves the Objection to Confirmation of the Chapter 13 Plan filed on June 29, 2018 by Federal National Mortgage Association ("Fannie Mae").

| I ask for this: | Seen & Agreed: |
|---|---|
| **/s/ D. Carol Sasser** | **/s/ George L. Lemon** |
| ***W. Scott Campbell***, Esquire, Bar No. 4232 | George L. Lemon |
| 601 Morris Street, Suite 400 | 122 1/2 North Court Street |
| Charleston, WV 25301 | P.O. Box 1250 |
| ***Johnie R. Muncy***, Esquire, Bar No. 12790 | Lewisburg, WV 24901 |
| 1804 Staples Mill Road, Suite 200 | *Counsel for Debtors* |
| Richmond, VA 23230 | |
| ***D. Carol Sasser***, Esquire, Bar No. 12709 | |
| 5040 Corporate Woods Drive, Suite 120 | |
| Virginia Beach, VA 23462 | |
| | |
| Samuel I. White, P.C. | |
| Tel: (757) 490-9284 | |
| Fax: (757) 490-8143 | |
| dsasser@siwpc.com | |
| *Counsel for Federal National Mortgage Association ("Fannie Mae")* | |

File No. 39635